**STATE OF LOUISIANA**   *   NO. 2019-KA-0971

**VERSUS**   *   COURT OF APPEAL

**RASHAD W. ESTEM**   *   FOURTH CIRCUIT

*   STATE OF LOUISIANA

*

*

* * * * * * *

**BROWN, J., CONCURS IN THE RESULT.**